**Order entered February 21, 2014**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00011-CV

## IN THE INTEREST OF S.Y., A CHILD

**On Appeal from the 305th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 12-1206-X-305**

## ORDER

Before the Court is Court Reporter Pam Sumler's February 21, 2014 second request for an extension of time to file the reporter's record. The reporter's record in this case was originally due on January 9, 2014. By order dated February 10, 2014, we informed Ms. Sumler the record was overdue and ordered the record filed by February 20, 2014. Because this is an accelerated appeal from a judgment terminating appellant's parental rights, any extensions of time to file the record must not exceed thirty days cumulatively, absent extraordinary circumstances. *See* TEX. R. APP. P. 28.3(b)(2). Given Ms. Sumler's statement that the record is "very close to being complete" and her explanation for a further extension of time to file the reporter's record, we **GRANT** Ms. Sumler's request and **ORDER** the reporter's record be filed no later than March 3, 2014. No further extensions will be granted.

/s/     ELIZABETH LANG-MIERS
        JUSTICE